**No. 61314.**—Air Clearance Association, Inc. *v.* United States, protest 302049–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that duty was assessed on a net weight of 620 pounds, and that the correct net weight of the merchandise was 3.2 pounds per dozen for the slip-on type sweaters and 4.7 pounds per dozen for the cardigan-type sweaters, a total of 395 pounds for the entire shipment, the protest was sustained, and the collector was directed to reliquidate the entry accordingly.

OCTOBER 31, 1957

**No. 61315.**—Judson Sheldon Division, National Carloading Corp. *v.* United States, protest 258461–K.—Protest abandoned October 9, 1957. (Not published.) Plaintiff's application for rehearing granted.